IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:10-CV-49-BR

| | | |
|---|---|---|
| IN RE SUBPOENAS ISSUED TO OWEN | ) | |
| HARRIS, SAC OR CUSTODIAN OF | ) | **ORDER** |
| RECORDS, AND SPECIAL AGENT NICK | ) | |
| PYSTON | ) | |

This matter comes before the court on the government's motion (D.E. 2), filed 1 October

2010, to quash two subpoenas (D.E. 1-1 & -2) issued to two employees of the Federal Bureau of

Investigation by counsel for the defendant in a North Carolina state court criminal case, *State of*

*North Carolina v. Daniel Allen Robinson*, No. 10 CRS 50223 (Currituck Co. Sup. Ct.). The

government had removed proceedings on the subpoenas to this court on the same date. (*See* Notice

of Removal (D.E. 1)). By minute order (D.E. 4) also entered on 1 October 2010, the court stayed

the subpoenas and established a filing deadline of 15 October 2010 for any response to the

government's motion. No response has been filed, leaving the motion unopposed. The motion is

therefore ALLOWED and the subpoenas at issue are QUASHED.

SO ORDERED, this the 20 day of October 2010.

James E. Gates
United States Magistrate Judge